IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO. 5:19-cv-137

| | | |
|---|---|---|
| AMANDA LITTLE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | PETITION FOR REMOVAL |
| | ) | OF CIVIL ACTION 19 CVS |
| NORTH CAROLINA | ) | 3610 FROM WAKE COUNTY |
| DEPARTMENT | ) | SUPERIOR COURT |
| JUSTICE | ) | |
| Defendant. | ) | |
| | ) | |

NOW COMES, Defendant, North Carolina Department of Justice ("NCDOJ") by and through its counsel, Joseph E. Elder, Assistant Attorney General, and files the following Petition for Removal of Civil Action and shows as follows:

1. The North Carolina Department of Justice is the defendant in a civil action originally filed on March 5, 2019, in the Superior Court of Wake County, North Carolina, Case No. 19 CVS 3610.

2. Defendant was served with summons and complaint by certified mail on March 11, 2019. This removal is timely under 28 U.S.C. § 1446(b)(1) since it is filed within thirty days after receipt of the Complaint.

3. The Complaint purports to allege a cause of action which arises under federal law, specifically Title VII of Civil Rights Act of 1964 and Title I of the Americans with Disabilities Act.

1

4. Because Plaintiff purports to bring claims arising under the laws of the United States, this Court has original jurisdiction over these claims. 28 U.S.C. § 1331.

5. Because Plaintiff's claims are within this Court's original jurisdiction, Defendant may remove the action to this Court. 28 U.S.C. § 1441(a).

6. Copies of all process and pleadings in possession of Defendant's counsel are attached to this petition as Exhibit A through D. Defendant is also filing in Wake County Superior Court, formal notice of this petition for removal, as required by 28 U.S.C. § 1446(d), and is causing, a complete copy of the state court file to be filed in this Court.

WHEREFORE, Defendant North Carolina Department of Justice asks that Civil Action 19 CVS 3610 be removed from Wake County Superior Court to the United States District Court for the Eastern District of North Carolina.

Respectfully submitted this the 9th day of April, 2019.

    JOSH STEIN
    ATTORNEY GENERAL

    */s/Joseph E. Elder*
    **Submitted electronically**
    Joseph E. Elder
    Assistant Attorney General
    N.C. State Bar No. 28507
    Email: jelder@ncdoj.gov

    Jason Rosser
    Assistant Attorney General
    N.C. State Bar No. 37753
    Email: jrosser@ncdoj.gov

2

Case 5:19-cv-00137-FL   Document 3   Filed 04/09/19   Page 2 of 4

N.C. Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602
(919) 716-6860
Fax: (919) 716-6756
*Attorneys for Defendants*

3

# CERTIFICATE OF SERVICE

I do hereby certify that the undersigned has this date served the foregoing **PETITION FOR REMOVAL OF CIVIL ACTION 19 CVS 3610** upon all other parties to this cause by the following means:

[ ]   Hand-delivering a copy to the attorney(s).

[ x ]   Placing a copy of the above document in the United States Mail, first-class postage paid addressed to those listed below.

[ ]   Via facsimile.

[ x ]   Via electronic mail as addressed to those listed below.

ADDRESSEE(S):

Charles E. Monteith, Jr.
Monteith Law, PLLC
9121 Anson Way, Suite 200
Raleigh, NC 27615
charles@monteithlawnc.com

This the 9th day of April, 2019.

*/s/ Joseph E. Elder*
**Submitted electronically**
Joseph E. Elder
Assistant Attorney General