IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-137-FL

| AMANDA LITTLE | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER OF STAY AND |
| v. | ) | AMENDING THE |
| | ) | DISCOVERY SCHEDULING |
| NORTH CAROLINA | ) | ORDER |
| DEPARTMENT | ) | |
| JUSTICE | ) | |
| Defendant. | ) | |
| | ) | |

Upon the joint motion of the parties, and for good cause shown, it is ORDERED that this matter is stayed for a period of sixty (60) days from the date of this Order. It is further ORDERED that the Scheduling Order entered in this case is amended as follows:

The discovery period is extended for ninety (90) days from the conclusion of the stay of this matter;

Dispositive motions shall be filed sixty (60) days after the close of the extended discovery period.

SO ORDERED.

This the 28th day of April 2020.

_____
District Court